# UNITED STATES DISTRICT COURT
# MIDDLE DISTRICT OF TENNESSEE
# NORTHEASTERN DIVISION

| | |
|---|---|
| EMILY V. MIXON-DAVIS ) | |
| ) | |
|     Plaintiff, ) | |
| ) | |
| v. ) | No. 2:14-cv-00067 |
| ) | **CHIEF JUDGE CRENSHAW** |
| NANCY A. BERRYHILL, ) | |
| Acting Commissioner of Social Security ) | |
| ) | |
|     Defendant. ) | |

## ORDER

Magistrate Judge Holmes has entered a Report and Recommendation (Doc. No. 23) in which she recommends that Plaintiff's Motion for Judgment on the Administrative Record (Doc. No. 16) be granted and that the Commissioner's decision denying Social Security benefits be reversed and remanded. No objections to the Report and Recommendation have been filed. Having conducted the *de novo* review required by Rule 72 of the Federal Rules of Civil Procedure, the Court agrees with the recommended disposition.

Accordingly, the Report and Recommendation (Doc. No. 23) is hereby **ACCEPTED and APPROVED**; Plaintiff's Motion for Judgment on the Administrative Record (Doc. No. 16) is **GRANTED**; the Commissioner of Social Security's decision to deny benefits is **REVERSED**; and this case is **REMANDED** to the Commissioner for further administrative proceedings.

The Clerk of the Court shall enter a final judgment in accordance with Rule 58 of the Federal Rules of Civil Procedure.

IT IS SO ORDERED.

_____
WAVERLY D. CRENSHAW, JR.
CHIEF UNITED STATES DISTRICT JUDGE